

**U.S. Department of Justice**

Civil Rights Division

Employment Litigation Section - PHB
950 Pennsylvania Avenue, N.W.
Washington, DC 20530
www.usdoj.gov/crt/emp/emphome.html

NOTICE OF RIGHT TO SUE WITHIN 90 DAYS

BJS:WBF:mdw
DJ 170-16-327

Signed for
8/5/2005

JUL 26 2005

CERTIFIED MAIL
RETURN RECEIPT REQUESTED

Billie E. Shepperd
3714 Huntington Street, N.W.
Washington, D.C. 20015

Re: Billie E. Shepperd v. District of Columbia, Department of
    Public Health, EEOC No. 100-2003-00748

Dear Ms. Shepperd:

It has been determined that the Department of Justice will not file suit on the above-referenced charge of discrimination that was referred to us by the Equal Employment Opportunity Commission (EEOC). This should not be taken to mean that the Department of Justice has made a judgment as to whether or not your charge is meritorious.
You are hereby notified that conciliation in this matter was unsuccessful by the EEOC. You are further notified that you have the right to institute a civil action under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. 2000e, et seq., against the above-named respondent. If you choose to commence a civil action, such suit must be filed in the appropriate court within 90 days of your receipt of this Notice.
Therefore, you should consult an attorney of your own choosing at your earliest convenience. If you are unable to locate an attorney, you may wish to contact the EEOC, or apply to the appropriate court, since that court may appoint an attorney in appropriate circumstances under Section 706(f)(1) of Title VII, 42 U.S.C. 2000e-5(f)(1).
We are returning the files in this matter to EEOC's Philadelphia District Office. If you or your attorney have any questions concerning this matter or wish to inspect the investigative file, please feel free to address your inquiry to: Marie M. Tomasso, District Director, EEOC, The Bourse, 21 S. 5th St., Suite 400, Philadelphia, PA 19106-2515.

Sincerely,

Bradley J. Schlozman
Acting Assistant Attorney General
Civil Rights Division

By: William B. Fenton
    Deputy Chief
    Employment Litigation Section

05 2126

cc: District of Columbia,
    Department of Health

**FILED**

NOV - 1 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT





MSN Home | My MSN | Hotmail | Shopping | Money | People & Chat      Web Search:  Go

The LASIK Vision INSTITUTE — Trust your eyes to The LASIK Vision Institute — Offering Custom LASIK treatment that is unique to your eye's individual needs. Get an Affordable, Individualized Treatment Plan. LASIK from $299 PER EYE — Get a FREE No Obligati Consultatio CLICK HER

msn Hotmail   Today | Mail | Calendar | Contacts

billie7@hotmail.com

Reply | Reply All | Forward | Delete | Junk | Put in Folder ▼ | Print View | Save Address           Inbox

| | |
|---|---|
| From : | U.S._Postal_Service_ <U.S._Postal_Service@usps.com> |
| Sent : | Thursday, October 20, 2005 5:47 PM |
| To : | billie7@hotmail.com |
| Subject : | U.S. Postal Service Track & Confirm email Restoration - 7003 0500 0002 5060 2406 |

Received: from mailcentral04.srvs.usps.gov ([56.0.143.13]) by mc1-f18.hotmail.com with Microsoft SMTPSVC (6.0.3790.211); Thu, 20 Oct 2005 10:47:30 -0700
Received: from mn-vds-01.usps.gov (unknown [56.207.40.41])by mailcentral04.srvs.usps.gov (Postfix) with SMTP id 0D6AF1ADB94for <billie7@hotmail.com>; Thu, 20 Oct 2005 17:47:30 +0000 (UTC)
Received: from samtcauw007.usps.gov(56.224.66.16) by mn-vds-01.usps.gov via smtp id 6aab_95a0ad4a_4191_11da_90e9_001143d35f3c;Thu, 20 Oct 2005 17:47:29 +0000 (UTC)
Received: (from ptsemail@localhost)by samtcauw007.usps.gov (8.12.10+Sun/8.12.10) id j9KHITpT015882;Thu, 20 Oct 2005 12:47:29 -0500 (CDT)
X-Message-Info: JGTYoYF78jGamRomrOOfQZ+ZJ7Y6ZkHm50HvIQ5Yibw=
Return-Path: ptsemail@samtcauw007.usps.gov
X-OriginalArrivalTime: 20 Oct 2005 17:47:30.0429 (UTC) FILETIME=[57C95AD0:01C5D59E]



This is a post-only message. Please do not respond.

Billie E-K Shepperd has requested that you receive this restoration information for Track & Confirm as listed below.

Current Track & Confirm e-mail information provided by the U.S. Postal Service.

Label Number: 7003 0500 0002 5060 2406

Service Type: Certified

| Shipment Activity | Location | Date & Time |
|---|---|---|
| Delivered | WASHINGTON DC 20015 | 08/05/05  1:56pm |
| Notice Left | WASHINGTON DC 20015 | 07/28/05  4:43pm |
| Arrival at Unit | WASHINGTON DC 20012 | 07/28/05  6:52am |

USPS has not verified the validity of any email addresses submitted via its online Track & Confirm tool.

For more information, or if you have additional questions on Track & Confirm services and features, please visit the Frequently Asked Questions (FAQs) section of our Track & Confirm site at
http://www.usps.com/shipping/trackandconfirmfaqs.htm