AO 440 (Rev. 8/01) Summons in a Civil Action

05-2126 RWR

## RETURN OF SERVICE

Service of the Summons and complaint was made by me⁽¹⁾  
**DATE** November 3, 2005

**NAME OF SERVER (PRINT)** LEROY NICHOLSON  
**TITLE** CARRIER/MESSENGER

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: FOR: D.C. GUT.

☐ Left copies thereof at the defendant's dwelling house or usual place of ~~abode~~ business with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: Gale Rivers  
441 4th St, N.W., 6th Floor South  
Washington, D.C. 200

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on November 3, 2005  
Signature of Server: Leroy Nicholson  
RE Pete Courier Services, Inc.  
1412 5th St, N.W.  
Washington, D.C. 20011 - 202-462-3743  
Address of Server

RECEIVED  
NOV - 4 2005  
NANCY MAYER WHITTINGTON, CLERK  
U.S. DISTRICT COURT

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.