UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| BILLIE SHEPPERD, | ) |
|     Plaintiff, | ) ) ) ) |
| v. | ) Civil Action No. 05-2126 (TFH) ) ) ) ) ) |
| DISTRICT OF COLUMBIA, | ) ) ) ) |
|     Defendant. | ) ) |

**DEFENDANT'S MOTION FOR ENLARGEMENT TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**

Defendant District of Columbia, by and through undersigned counsel, moves, pursuant to Fed. R. Civ. P. 6(b)(1), for an order extending the time within which it may answer or otherwise respond to the Complaint. The requested enlargement is one day or until January 18, 2005. In support of this motion, Defendant states as follows:

1. The complaint was filed on November 1, 2005. Although, subject to further investigation, the summons and the complaint do not appear to have been properly served. The Office of the Attorney General received a copy of the summons and complaint on November 3, 2005. By Order, the Court established January 17, 2006, as the date for Defendant's answer or other response.

2. The complaint purports to state a claim against Defendant District based on Title VII of the Civil Rights Act of 1964, as amended, and in particular, 42 U.S.C. § 2000e-3(a), and

1

the Age Discrimination in Employment Act, 29 U.S.C. § 621 et seq. Defendant's counsel was assigned the case on November 18, 2005.

3. Defendant has completed its review of Plaintiff's Complaint and is in the process of finalizing a motion to dismiss. The additional day will allow the motion to be finalized and to ready for filing.

4. Defendant District of Columbia therefore requests that it be given until January 18, 2006 for its answer or other response. The amount of time is consistent with the complexity of the issues and the degree of factual investigation required.

5. In accordance with LCvR 7.1(m), Defendant called Plaintiff to seek consent. Plaintiff, through the person who answered the phone for her, requested that Defendant call back and leave a message. Defendant complied with this request. Plaintiff did not call back by the time that this motion needed to filed.

Defendant therefore respectfully request that the Court enlarge its time for answering or otherwise responding to the Complaint as requested herein.

Dated: January 17, 2006           Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division


/s/ Kimberly Johnson
KIMBERLY MATTHEWS JOHNSON
Chief, General Litigation I
D.C. Bar No. 435163

/s/ Wendel Hall
WENDEL V. HALL
Assistant Attorney General
D.C. Bar No. 439344
Suite 6S012
441 4th Street, N.W.
Washington, D.C.  20001
(202) 724-6608
(202) 727-0431 (fax)
E-mail: wendel.hall@dc.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| BILLIE SHEPPERD, | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) Civil Action No. 05-2126 (TFH) |
| v. | ) |
|  | ) |
| DISTRICT OF COLUMBIA, | ) |
|  | ) |
| Defendant. | ) |

**DEFENDANT'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR ENLARGEMENT TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**

Defendant District of Columbia, by and through undersigned counsel, moves, pursuant to Fed. R. Civ. P. 6(b)(1), for an order extending the time within which it may answer or otherwise respond to the Complaint. The requested enlargement is one day on until January 18, 2005. In support of this motion, Defendant states as follows:

1. The complaint was filed on November 1, 2005. Although, subject to further investigation, the summons and the complaint do not appear to have been properly served. The Office of the Attorney General received a copy of the summons and complaint on November 3, 2005. By Order, the Court established January 17, 2006 as the date for Defendant's answer or other response.

2. The complaint purports to state a claim against Defendant District based on Title VII of the Civil Rights Act of 1964, as amended, and in particular, 42 U.S.C. § 2000e-3(a), and

the Age Discrimination in Employment Act, 29 U.S.C. § 621 et seq. Defendant's counsel was assigned the case on November 18, 2005.

3. Defendant has completed its review of Plaintiff's Complaint and is in the process of finalizing a motion to dismiss. The additional day will allow the motion to be finalized and to ready for filing.

4. Defendant District of Columbia therefore requests that it be given until January 18, 2006 for its answer or other response. The amount of time is consistent with the complexity of the issues and the degree of factual investigation required.

5. In accordance with LCvR 7.1(m), Defendant called Plaintiff to seek consent. Plaintiff, through the person who answered the phone for her, requested that Defendant call back and leave a message. Defendant complied with this request. Plaintiff did not call back by the time that this motion needed to filed.

Defendant therefore respectfully request that the Court enlarge its time for answering or otherwise responding to the Complaint as requested herein.

Dated: January 17, 2006                                Respectfully submitted,

                                          ROBERT J. SPAGNOLETTI
                                        Attorney General for the District of Columbia

                                          GEORGE C. VALENTINE
                                          Deputy Attorney General
                                          Civil Litigation Division


                                          /s/ Kimberly Johnson
                                          KIMBERLY MATTHEWS JOHNSON
                                          Chief, General Litigation I
                                          D.C. Bar No. 435163

/s/ Wendel Hall
WENDEL V. HALL
Assistant Attorney General
D.C. Bar No. 439344
Suite 6S012
441 4th Street, N.W.
Washington, D.C.  20001
(202) 724-6608
(202) 727-0431 (fax)
E-mail: wendel.hall@dc.gov

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| BILLIE SHEPPERD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 05-2126 (TFH) |
| v. | ) |
| | ) |
| DISTRICT OF COLUMBIA, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

Having considered Defendant's Motion For Enlargement To Answer Or Otherwise Respond To The Complaint, the memorandum of points and authorities in support, Plaintiff's Opposition, and the entire record herein, it is, this ____ day of ____, 2006:

ORDERED:  that Defendant's Motion For Enlargement To Answer Or Otherwise Respond To The Complaint shall be, and hereby is, GRANTED; and it is

FURTHER ORDERED:  that Defendant District of Columbia shall separately answer or otherwise respond to the Complaint on or before January 18, 2006.

_____
Thomas F. Hogan
United States District Judge

cc:

Wendel V. Hall, Esq.
Assistant Attorney General
441 4th Street, N.W.
Sixth Floor South
Washington, D.C.   20001

Billie E. Shepperd
3714 Huntington St., N.W.
Washington, D.C. 20015