UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BILLIE SHEPPERD | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | *   C.A. No.  05-02126 (TFH) |
| | * |
| DISTRICT OF COLUMBIA | * |
| | * |
| Defendants. | * |
| _____ | * |

NOTICE OF APPEARANCE

The Clerk of the Court will please note the appearance of Gary T. Brown, a member of this Court, as attorney for Plaintiff Billie Shepperd.

Respectfully submitted,

_____
Gary T. Brown
D.C. Bar # 246314
GARY T. BROWN & ASSOCIATES, P.C.
320 Maryland Avenue, N.E.
Suite 100
Washington, D.C. 20002
(202) 393-4900