UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| BILLIE SHEPPERD | * | |
| Plaintiff, | * | |
| v. | * | C.A. No. 05-02126 (TFH) |
| DISTRICT OF COLUMBIA | * | |
| Defendants. | * | |

## PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE HER OPPOSITION TO DEFENDANT'S MOTION TO DISMISS

Plaintiff hereby moves for an extension of time of two weeks, until February 10, 2006 to file her Opposition to Defendant's Motion to Dismiss. Plaintiff's counsel was recently retained and needs time to familiarize himself with the case and to research the issues presented in Defendant's motion.

Plaintiff has contacted Defendant's counsel who indicated he had no opposition to this motion.

Plaintiff seeks until February 10, 2006, to submit her reply. Therefore, pursuant to the Court's inherent Article III powers and Fed. R. Civ. P. 16, Plaintiff respectfully requests this Court grants her motion.

        Respectfully submitted,

        _____
        Gary T. Brown
        D.C. Bar # 246314
        GARY T. BROWN & ASSOCIATES, P.C.
        320 Maryland Avenue, N.E.
        Suite 100
        Washington, D.C. 20002
        (202) 393-4900

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BILLIE SHEPPERD | * |
| Plaintiff, | * |
| v. | * C.A. No. 05-02126 (TFH) |
| DISTRICT OF COLUMBIA | * |
| Defendants. | * |

## **ORDER**

Upon consideration of Plaintiff 's Unopposed Motion for Extension of Time to File Her Opposition to Defendant's Motion to Dismiss, and the entire record in this case, it is this _____ day of January, 2006 hereby

ORDERED, that Plaintiff's Motion Unopposed Motion for Extension of Time to File Her Opposition to Defendant's Motion to Dismiss, by February 10, 2006, is hereby GRANTED.

.

_____
**Hon. Thomas F. Hogan**
Chief Judge, United States District Court
for the District of Columbia