UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BILLIE SHEPPERD | * |
| Plaintiff, | * |
| v. | *   C.A. No. 05-02126 (TFH) |
| DISTRICT OF COLUMBIA | * |
| Defendants. | * |

PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE HER OPPOSITION
TO DEFENDANT'S MOTION TO DISMISS

Plaintiff hereby moves for an extension of time of one week, until February 17, 2006 to file her Opposition to Defendant's Motion to Dismiss. Plaintiff's counsel has been working to complete a brief in the United States Court of Appeals for the Fourth Circuit as well as having to answer to multiple motions to dismiss and prepare discovery in two cases.

Plaintiff has contacted Defendant's counsel but received no response in advance of filing this motion.

Plaintiff seeks until February 17, 2006, to submit her reply. Therefore, pursuant to the Court's inherent Article III powers and Fed. R. Civ. P. 16, Plaintiff respectfully requests this Court grants her motion.

        Respectfully submitted,

        _____
        Gary T. Brown
        D.C. Bar # 246314
        GARY T. BROWN & ASSOCIATES, P.C.
        320 Maryland Avenue, N.E.
        Suite 100
        Washington, D.C. 20002
        (202) 393-4900

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BILLIE SHEPPERD | * |
| Plaintiff, | * |
| v. | * C.A. No. 05-02126 (TFH) |
| DISTRICT OF COLUMBIA | * |
| Defendants. | * |

## **ORDER**

Upon consideration of Plaintiff's Motion for Extension of Time to File Her Opposition to Defendant's Motion to Dismiss, and the entire record in this case, it is this _____ day of February, 2006 hereby

ORDERED, that Plaintiff's Motion for Extension of Time to File Her Opposition to Defendant's Motion to Dismiss, by February 17, 2006, is hereby GRANTED.

.

_____
**Hon. Thomas F. Hogan**
Chief Judge, United States District Court
for the District of Columbia