UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BILLIE SHEPPERD | * |
| Plaintiff, | * |
| v. | *   C.A. No. 05-02126 (TFH) |
| DISTRICT OF COLUMBIA | * |
| Defendants. | * |

PLAINTIFF'S MOTION TO FILE HER OPPOSITION TO DEFENDANT'S MOTION
TO DISMISS OUT OF TIME

Plaintiff hereby moves to file her Opposition to Defendant's Motion to Dismiss out of time. Plaintiff's counsel experienced significant technological problems that precluded the filing of the Opposition by the previous due date of February 17, 2006.

Plaintiff has contacted Defendant's counsel but received no response in advance of filing this motion.

Therefore, pursuant to the Court's inherent Article III powers and Fed. R. Civ. P. 16, Plaintiff respectfully requests this Court grants her motion.

Respectfully submitted,

_____
Gary T. Brown
D.C. Bar # 246314
GARY T. BROWN & ASSOCIATES, P.C.
320 Maryland Avenue, N.E.
Suite 100
Washington, D.C. 20002
(202) 393-4900

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BILLIE SHEPPERD           * | |
| * | |
| Plaintiff,                 * | |
| * | |
| v.                         * | C.A. No.  05-02126 (TFH) |
| * | |
| DISTRICT OF COLUMBIA       * | |
| * | |
| Defendants.                * | |
| _____* | |

## **ORDER**

Upon consideration of Plaintiff's Motion to File Her Opposition to Defendant's Motion to Dismiss Out of Time, and the entire record in this case, it is this _____ day of February, 2006 hereby

ORDERED, that Plaintiff's Motion to File Her Opposition to Defendant's Motion to Dismiss Out of Time is hereby GRANTED.

.

_____
**Hon. Thomas F. Hogan**
Chief Judge, United States District Court
for the District of Columbia