UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| BILLIE SHEPPERD, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 05-cv-02126 (TFH) |
| ) | |
| v. ) | |
| ) | |
| DISTRICT OF COLUMBIA ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT'S NOTICE OF NON-OPPOSITION TO MOTION FOR EXTENSION OF TIME TO FILE RESPONSE/REPLY TO DEFENDANT'S MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM**

The District of Columbia consents to Ms. Shepperd's Motion for Extension of Time. It would note for the record that it did respond to Shepperd's request for consent before she filed this motion. See Exhibit 1. The District would respectfully request that if the Court grants the motion, the Court deem the Opposition filed electronically on the day of the Order for the purposes of calculating the date for a reply brief.

Dated: February 23, 2006            Respectfully submitted,

                                    ROBERT J. SPAGNOLETTI
                                    Attorney General for the District of Columbia

                                    GEORGE C. VALENTINE
                                    Deputy Attorney General
                                    Civil Litigation Division

/s/ Kimberly Johnson
KIMBERLY MATTHEWS JOHNSON
Chief, General Litigation I
D.C. Bar No. 435163



/s/ Wendel Hall
WENDEL V. HALL
Assistant Attorney General
D.C. Bar No. 439344
Suite 6S012
441 4th Street, N.W.
Washington, D.C. 20001
(202) 724-6608
(202) 727-0431 (fax)
E-mail: wendel.hall@dc.gov


**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing Notice of Non-Opposition to Motion For Extension of Time to Respond to Motion to Dismiss For Failure to State A Claim Upon Which Relief Can Be Granted was served upon the Court and the parties of record through the Court's ECF/CM system.

 /s/ Wendel Hall
WENDEL HALL
Assistant Attorney General