## Hall, Wendel (OAG)

**From:** Hall, Wendel (OAG)
**Sent:** Wednesday, February 22, 2006 3:44 PM
**To:** Gary T. Brown
**Subject:** Shepperd v DC

Mr. Brown:

Your voice mail did not mention a length of time for the requested enlargement. Please let me know how long you will be requesting.

Wendel V. Hall, Esq.
Assistant Attorney General
441 4th Street, N.W.
Sixth Floor South
Washington, D.C.  20001

**Confidentiality Notice**: This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message.