UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| BILLIE SHEPPERD | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | C.A. No.  05-02126 (TFH) |
| | * | |
| DISTRICT OF COLUMBIA | * | |
| | * | |
| Defendant. | * | |
| _____ | * | |

**Proposed Scheduling Order**

UPON CONSIDERATION of the Parties' LCvR 16.3 Report and the entire record herein, it is this _____ day of _____, 2006, hereby ordered that:

1.  Initial disclosures must be served by **June 30, 2006**.

2. Joinder of any additional parties and all amendments to the pleadings must be completed no later than **thirty (30) days** following the due date of Defendant's Answer.
**OR**
Plaintiff must join any additional parties and submit all amendments to the pleadings no later than **July 31, 2006**.  Defendant shall have until **August 31, 2006** to add parties or amend its pleadings.

3. Proponent, either Plaintiff or Defendant, shall file its expert report by **July 31, 2006**. Opponent, either Plaintiff or Defendant, shall file its expert report by **August 28, 2006**.
**OR**
Plaintiff's expert reports shall be filed by **July 31, 2006**.  Defendant's expert witness disclosures shall be filed by **August 28, 2006**.

4**.**  Discovery shall conclude on **November 1, 2006**.

5. Any motion for summary judgment must be filed with the Court no later than **December 1, 2006**.  Any opposition to a motion for summary judgment must be filed with the Court no later than **January 8, 2007.**  Replies in support of a filed motion for summary judgment must be filed

2

with the Court no later than **January 30, 2007.** A decision by this Court on any motion for summary judgment shall be rendered no later than **Thursday March 1, 2007**.

6. If no motion for summary judgment is filed, a pre-trial conference shall be held forty-five (45) to sixty (60) days following December 1, 2006.  Should a motion for summary judgment be filed, the pre-trial conference will be held forty-five (45) to sixty (60) days following the decision of this Court.

                              _____
Date                              **Hon. Thomas F. Hogan**
                                Chief Judge, United States District Court
                                 for the District of Columbia