UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| BILLIE SHEPPERD, | ) ) ) ) ) | |
| Plaintiff, | ) | Civil Action No. 05-cv-02126 (TFH) |
| | ) ) | |
| v. | ) ) | |
| | ) | |
| DISTRICT OF COLUMBIA | ) ) | |
| | ) ) | |
| Defendant. | ) ) | |

**DEFENDANT'S SUPPLEMENTAL MEMORANDUM OF POINTS AND
AUTHORITIES IN SUPPORT OF ITS MOTION TO DISMISS**

Defendant District of Columbia respectfully submits this memorandum of points and
authorities in supplementation of its Motion to Dismiss.  Plaintiff Billie Shepperd has not served
the District of Columbia.  In addition to the reasons already identified, the District asks that the
Court dismiss it for lack of personal jurisdiction over Fed. R. Civ. P. 12(b)(2) & (b)(5).

To serve the District of Columbia under Fed. R. Civ. P. 4(j), a plaintiff must serve its
"chief executive officer" – the Mayor – or the Attorney General and the Mayor.  A review of the
docket indicates that Shepperd only served the Attorney General.  <u>See</u> Docket No. 2.  She
attaches a postal receipt to her Complaint showing delivery of an unidentified item *before* the
Complaint was filed and a summons issued.  Because the Mayor was not served by March 1,
2006, Fed. R. Civ. P. 4(m), the Court should dismiss this matter without prejudice.

Dated: June 2, 2006

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

GEORGE  C. VALENTINE
Deputy Attorney General
Civil Litigation Division


/s/ Kimberly Johnson
KIMBERLY MATTHEWS JOHNSON
Chief, General Litigation I
D.C. Bar No. 435163


/s/ Wendel Hall
WENDEL V. HALL
Assistant Attorney General
D.C. Bar No. 439344
Suite 6S012
441 4th Street, N.W.
Washington, D.C.  20001
(202) 724-6608
(202) 727-0431 (fax)
E-mail: wendel.hall@dc.gov

2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| BILLIE SHEPPERD, | ) |
|  | ) |
| Plaintiff, | ) Civil Action No. 05-cv-02126 (TFH) |
|  | ) |
| v. | ) |
|  | ) |
| DISTRICT OF COLUMBIA | ) |
|  | ) |
| Defendant. | ) |

**ORDER**

Having considered Defendant's Motion To Dismiss, the memorandum of points and authorities in support, the supplemental memorandum of points and authorities in support, Plaintiff's Opposition and any supplemental memorandum, if any, and the entire record herein, it is, this ____ day of ____, 2006:

ORDERED:    that Defendant's Motion to Dismiss shall be, and hereby is, GRANTED; and it is

FURTHER ORDERED:      that this matter shall be, and hereby is, DISMISSED.


_____
Thomas F. Hogan
United States District Judge

3

cc:

Wendel V. Hall, Esq.
Assistant Attorney General
441 4th Street, N.W.
Sixth Floor South
Washington, D.C.   20001

Gary T. Brown, Esq.
Peter Mina, Esq.
GARY T. BROWN & ASSOCIATES
320 Maryland Avenue, NE
Suite 100
Washington, DC 20002-5712