UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BILLIE SHEPPERD,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 05-2126 (TFH) |
| | ) |
| **DISTRICT OF COLUMBIA,** | ) |
| | ) |
| Defendant. | ) |
| | ) |

## ORDER

Pending before the Court is Defendant District of Columbia's Motion to Dismiss for Failure to State a Claim. On June 2, 2006, Defendant filed a Supplemental Memorandum of Points and Authorities in Support of its Motion to Dismiss, which states that Plaintiff failed to properly serve the District of Columbia under Fed. R. Civ. P. 4(j), because Plaintiff did not serve the Mayor as "chief executive officer." Defendant asks the Court to dismiss Plaintiff's claim for lack of personal jurisdiction and insufficiency of service of process. See Fed. R. Civ. P. 12(b)(2), (b)(5). It is hereby

**ORDERED** that Plaintiff shall respond to Defendant's Supplemental Memorandum by no later than 10 days from the date of this Order.

**SO ORDERED**.

June 14, 2006

/s/
Thomas F. Hogan
Chief Judge