UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BILLIE SHEPPERD | * |
| Plaintiff, | * |
| v. | *   C.A. No. 05-02126 (TFH) |
| DISTRICT OF COLUMBIA | * |
| Defendants. | * |

### PLAINTIFF'S CONSENT MOTION FOR LEAVE TO FILE HER OPPOSITION TO DEFENDANT'S SUPPLEMENT TO ITS MOTION TO DISMISS OUT OF TIME

Plaintiff, by and through her counsel, hereby moves for leave to file her Opposition to Defendant's Supplement to its Motion to Dismiss out of time. Plaintiff seeks two additional days past the Court's deadline to submit her filing due to computer problems faced by Plaintiff's counsel caused by his network crashing.

Plaintiff contacted defendant's counsel who consented to Plaintiff's motion. Defendant will be caused no harm by this short delay.

Therefore, pursuant to the Court's inherent Article III powers and Fed. R. Civ. P. 16, Plaintiff respectfully requests this Court grants her motion.

Respectfully submitted,

_____
Gary T. Brown
D.C. Bar # 246314
GARY T. BROWN & ASSOCIATES, P.C.
320 Maryland Avenue, N.E.
Suite 100
Washington, D.C. 20002
(202) 393-4900

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| BILLIE SHEPPERD | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | C.A. No. 05-02126 (TFH) |
| | * | |
| DISTRICT OF COLUMBIA | * | |
| | * | |
| Defendants. | * | |
| | * | |

## ORDER

Upon consideration of Plaintiff's Motion for Leave to File Her Opposition to Defendant's Supplement to Its Motion to Dismiss Out of Time, and the entire record in this case, it is this _____ day of July, 2006 hereby

ORDERED, that Motion for Leave to File Her Opposition to Defendant's Supplement to Its Motion to Dismiss Out of Time is hereby GRANTED.

.

_____
**Hon. Thomas F. Hogan**
Chief Judge, United States District Court
for the District of Columbia