UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BILLIE SHEPPERD<br><br>    Plaintiff,<br><br>        v.<br><br>DISTRICT OF COLUMBIA<br><br>    Defendants. | *<br>*<br>*<br>*<br>*   C.A. No. 05-02126 (TFH)<br>*<br>*<br>*<br>*<br>* |

## DECLARATION OF BILLIE SHEPPERD

I, Billie Shepperd, declare:

1. I am the plaintiff in the above civil action.

2. On November 1, 2005, I filed my complaint and summons with the Clerk of the Court. I was instructed that a summons did not need to be issued on the Mayor, rather only on the Attorney General for the District of Columbia.

3. On November 3, 2005, I contacted a member of the staff of the Office of the Attorney General at the John A. Wilson building who informed me of the location where service should be completed. I retained a process server, Mr. Leroy Nicholson of RePete Courier Services, to complete service on Defendant District of Columbia by serving the Attorney General of the District of Columbia. Mr. Nicholson called me on multiple occasions that afternoon explaining his confusion regarding directions he had received on whom to serve from District of Columbia personnel while at the John A. Wilson building.

4. Service was completed by Mr. Nicholson on November 3, 2005 and a return of service affidavit was filed on November 4, 2005.

5. After Mr. Nicholson and I received conflicting directions on the place to deliver service from different people in the Office the Attorney General and the John A. Wilson building, I sent the attached correspondence on Friday, November 4, 2005 to inform the Attorney General of the confusion his employees caused. (Attached as Exhibit 2)

6. Per instruction from both Ms. Gail Rivers, Office of the Attorney General and Ms. Tabatha Braxton, Office of the Secretary ., that same day, I sent, by certified mail, return receipt, a copy of the summons and complaint to the Office of the Mayor in care of Ms. Braxton. Mailing was completed and the certified mail receipt was returned to me. (Attached as Exhibit 3)

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 15, 2006.

Billie Shepperd.