TO:   District of Columbia
      District of Columbia Attorney General
      1350 Pennsylvania Avenue, NW Room 419
      Washington, D. C., 20004-3003
           And/Or
      District of Columbia
      District of Columbia Attorney General
      441 4th Street, NW 6th Fl. South
      Washington, D.C., 20001-2714

RE:   SUMMONS IN A CIVIL CASE
      CASE NUMBER 1:05CV02126
      JUDGE: Richard W. Roberts
      DESK TYPE: Employment Discrimination
      DATE STAMP: 11/01/2005

To Whom It May Concern:

Today, Friday, November 4, 2005 I, the Plaintiff, am forwarding an enclosure of the original copy of SUMMONS IN A CIVIL CASE, CASE NUMBER 1:05CV02126. Yesterday, Thursday, November 3, 2005 at approximately 1:30 P.M., your offices located at 441 4th Street, NW, 6th Floor South, were served with the original SUMMONS IN A CIVIL CASE. Prior to delivery, this Plaintiff was connected to and talked with staff at the John A. Wilson Building, offices of the District of Columbia, Attorney General, and was informed that delivery of the summons should come to the John A. Wilson Building 1350 Pennsylvania Avenue, NW, Room 409. When the courier attempted to serve the summons, staff at the John A. Wilson Building, Room 409 stated, "The summons must be served at the 441 4th Street, NW 6th Floor South address." The summons was served and signed for by Ms. Gail Rivers at the 441 4th Street, NW site. Ms. Rivers told the courier that a second copy of the summons must be received at the John A. Wilson Building, Room 419, in care of Ms. Tabitha Braxton.

The appropriate offices may wish to clarify the required processes in the Service and Summons and Complaint, as both verbal and written instructions given by the clerk at the **United States District Court For The District Of Columbia** were: " If a federal agency or employee is a defendant, the agency, the attorney general and the US Attorney must also be served." This Plaintiff was advised that the District of Columbia Government is not a federal agency, and therefore only one copy must be served.

Sincerely,


Billie E. Shepperd
3714 Huntington Street, NW
Washington, D.C., 20015-1818
(202) 966-6525