UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

08 NOV 2005 PM

• Sender: Please print your name, address, and ZIP+4 in this box

Billie E. Shepperd
3714 Huntington St., N.W.
Washington, D.C. 20015-1818

20015+1818

---

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Mayor Anthony A. Williams
C/o Tabith Braxton
Room 419
1350 Pennsylvania Ave, NW
Washington, D.C. 20004-3003

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X _____ ☐ Agent ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)    7005 0390 0004 9641 2039

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540