UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BILLIE SHEPPERD,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 05-2126 (TFH) |
| | ) |
| **DISTRICT OF COLUMBIA,** | ) |
| | ) |
| Defendant. | ) |
| | ) |

**ORDER**

For the reasons stated in the accompanying Memorandum Opinion, the Court **ORDERS** that the District of Columbia's Motion to Dismiss [# 5] is **DENIED**.

**SO ORDERED**.

October 3, 2006

/s/
Thomas F. Hogan
Chief Judge