UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| BILLIE SHEPPERD, | ) ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 05-cv-02126 (TFH) |
| v. | ) ) ) | |
| DISTRICT OF COLUMBIA | ) ) ) | |
| Defendant. | ) ) | |

**MOTION FOR ENLARGEMENT OF TIME TO FILE ANSWER**

Defendant District of Columbia, by and through undersigned counsel, moves for a one-week enlargement of time to file its Answer in this matter.  The additional time is needed for final client review of Answer before filing.  Defendant respectfully suggests that this constitutes "cause shown" under Fed. R. Civ. P. 6(b)(1) and that the requested enlargement should be granted. A memorandum of points and authorities in support and a proposed Order accompany this motion.

Pursuant to LCvR 7.1(m), Defendant sought Plaintiff's consent for the relief requested herein.  Plaintiff, through counsel, did not respond before the filing of this motion.

For the foregoing reasons and such others as may appear to the Court, Defendant respectfully requests that the Court enter the proposed relief.

Dated: October 20, 2006                Respectfully submitted,

                                       ROBERT J. SPAGNOLETTI
                                       Attorney General for the District of Columbia

                                       GEORGE  C. VALENTINE
                                       Deputy Attorney General
                                       Civil Litigation Division


                                       /s/ Kimberly Johnson
                                       KIMBERLY MATTHEWS JOHNSON
                                       Chief, General Litigation I
                                       D.C. Bar No. 435163


                                       /s/ Wendel Hall
                                       WENDEL V. HALL
                                       Assistant Attorney General
                                       D.C. Bar No. 439344
                                       Suite 6S012
                                       441 4th Street, N.W.
                                       Washington, D.C.  20001
                                       (202) 724-6608
                                       (202) 727-0431 (fax)
                                       E-mail: wendel.hall@dc.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| BILLIE SHEPPERD, | ) ) ) ) | |
| Plaintiff, | ) | Civil Action No. 05-cv-02126 (TFH) |
| | ) ) | |
| v. | ) ) | |
| | ) | |
| DISTRICT OF COLUMBIA | ) ) | |
| | ) | |
| Defendant. | ) ) | |

**DEFENDANT'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME TO FILE ANSWER**

Defendant respectfully requests a one-week enlargement of time to file its Answer in this matter. The Complaint in this matter was filed on November 1, 2005. The District moved to dismiss for failure to state a claim in a timely manner. The Court conducted a status conference in May 2006. The Court denied this motion on October 3, 2006. Defendant's answer is therefore due on October 23, 2006.

Rule 6(b)(1) governs the consideration of this motion because the applicable time period has not expired. An enlargement may be granted in these circumstances upon a showing of "cause." The cause for the requested enlargement is that Defendant has worked upon the answer, final client review is still necessary due to the press of business, including the rescheduling of a complex employment discrimination case in the Superior Court of the District of Columbia. The trial date in that case had been vacated, but was unexpectedly rescheduled for November 6, 2006. The need to prepare for this trial affected the time for preparation of the

answer.  Given the early stage of this litigation and the shortness of the requested enlargement,

Plaintiff will not be prejudiced nor will the progress of the case be delayed.

For the foregoing reasons and such others as may appear to the Court, Defendant

respectfully requests that the Court grant a one-week enlargement of time to file its Answer.

Dated: October 20, 2006                Respectfully submitted,

                                       ROBERT J. SPAGNOLETTI
                                       Attorney General for the District of Columbia

                                       GEORGE  C. VALENTINE
                                       Deputy Attorney General
                                       Civil Litigation Division


                                       /s/ Kimberly Johnson
                                       KIMBERLY MATTHEWS JOHNSON
                                       Chief, General Litigation I
                                       D.C. Bar No. 435163


                                       /s/ Wendel Hall
                                       WENDEL V. HALL
                                       Assistant Attorney General
                                       D.C. Bar No. 439344
                                       Suite 6S012
                                       441 4th Street, N.W.
                                       Washington, D.C.  20001
                                       (202) 724-6608
                                       (202) 727-0431 (fax)
                                       E-mail: wendel.hall@dc.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| BILLIE SHEPPERD, | ) | |
| Plaintiff, | ) | Civil Action No. 05-cv-02126 (TFH) |
| v. | ) | |
| DISTRICT OF COLUMBIA | ) | |
| Defendant. | ) | |

**ORDER**

Having considered Defendant's Motion For Enlargement Of Time To File Answer, the memorandum of points and authorities in support, Plaintiff's Opposition, Defendant's Reply, if any, and the entire record herein, it is, this ____ day of ____, 2006:

ORDERED:   that Defendant's Motion For Enlargement Of Time To File Answer shall be, and hereby is, GRANTED; and it is

FURTHER ORDERED:     Defendant shall file its Answer on or before October 30, 2006.


_____
Thomas F. Hogan
United States District Judge

cc:

Wendel V. Hall, Esq.
Assistant Attorney General
441 4th Street, N.W.
Sixth Floor South
Washington, D.C.   20001


Gary T. Brown, Esq.
GARY T. BROWN & ASSOCIATES
320 Maryland Avenue, NE
Suite 100
Washington, DC 20002-5712