UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BILLIE SHEPPERD,**<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>**DISTRICT OF COLUMBIA,**<br><br>　　　　　　Defendant. | Civ. No.  05-2126 (TFH) |

## ORDER

After considering the Report of the Parties' Rule 16.3 Conference, and the record in this matter, the Court

**ORDERS** that the parties shall proceed according to the following schedule:

(A)　Initial disclosures required by Fed. R. Civ. P. 26(a)(1) shall occur within 14 days of the date of this Order;

(B)　Shepperd shall join any additional parties and submit any amendments to pleadings by **December 1, 2006**, and the District of Columbia shall join any additional parties and submit any amendments to pleadings by **January 2, 2007**;

(C)　Shepperd shall file expert reports by **December 22, 2006**, and the District of Columbia shall file expert reports by **January 15, 2007**;

(D)　The Court will refer this matter for mediation on or after **January 15, 2007**;

(D)　Discovery shall conclude on **February 19, 2007**; and

(E)　Dispositive motions, if any, shall be filed by **March 19, 2007**, opposition briefs, shall be filed by **April 20, 2007**, and any reply briefs shall be filed by **May 11, 2007**.

The Court further

**ORDERS** that the parties shall appear for a status conference on February 22, 2007, at 9:30 a.m.

**SO ORDERED.**

November 20, 2006　　　　　　　　　　　　　　　　　　　／s／
　　　　　　　　　　　　　　　　　　　　　　　　Thomas F. Hogan
　　　　　　　　　　　　　　　　　　　　　　　　　Chief Judge