UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| BILLIE SHEPPERD, | ) | |
| | ) | |
|     Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civ. No. 1:05-cv-2126(TFH) |
| | ) | |
| DISTRICT OF COLUMBIA, | ) | |
| | ) | |
|     Defendants. | ) | |

NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Assistant Attorney

General Melvin W. Bolden, Jr.  as counsel for defendant District of Columbia. The Clerk

will also withdraw the appearance of Assistant Attorney General Wendel V. Hall.

Respectfully submitted,

LINDA SINGER
Acting Attorney General for the
District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

_____
 KIMBERLY M. JOHNSON (#435163)
Section Chief, General Litigation Section I

_____
 MELVIN W. BOLDEN, JR. (192179)
 Assistant Attorney General
 441 Fourth St., N.W.
 Sixth Floor South
 Washington, D.C. 20001
 (202) 724-5695
 (202) 727-3625 -FAX