UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**BILLIE SHEPPERD**

        **Plaintiffs,**

  v.

**DISTRICT OF COLUMBIA,**          Civ. No. 05-2126 (TFH)

        **Defendant.**

## MEDIATION REFERRAL ORDER

At the November 17, 2006, status conference, both parties requested, and consented to, referral of this case for mediation shortly before the close of discovery, which is set for February 19, 2007. Accordingly, the Court

**ORDERS**

1. This matter referred to the Circuit Executive for the appointment of a mediator by Nancy Stanley, Esq., Director of the Mediation Program of the United States District Court for the District of Columbia and the United States District Courts for the D.C. Circuit Alternative Dispute Resolution Staff;

2. The Clerk of Court to promptly furnish a copy of this Order to the Circuit Executive and to Mr. Michael Terry, Deputy Director of the Mediation Program;

3. The parties, upon receipt of this Order, to call Mr. Michael Terry at (202) 216-7350 for the purpose of scheduling mediation;

4. Mediation to occur between February 12, 2007, and April 16, 2007, unless the parties consent to, and the Court grants, a continuance of mediation;

5. Counsel and the parties, including persons with settlement authority, to attend each mediation session; and

6. Counsel to promptly advise the Court if this case settles in whole or in part by filing a stipulation of the settlement.

**SO ORDERED**.

February 5, 2007                                     /s/
                                              Thomas F. Hogan
                                                Chief Judge