UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| BILLIE SHEPPERD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 05-2126(TFH) |
| | ) | |
| DISTRICT OF COLUMBIA, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## JOINT MOTION TO ENLARGE TIME TO COMPLETE DISCOVERY

Plaintiff and Defendant, by and through their counsel, hereby respectfully request this Court to grant the parties' motion to enlarge the time in which to complete discovery. The parties have not yet been able to complete discovery due to a change in Defendant's counsel. Due to the recent departure of Wendel Hall, AAG Melvin Bolden was assigned to handle this matter on behalf of the District of Columbia. Plaintiff, in agreement with Defendant, seeks an additional two months, until April 19, 2007, in which to complete all aspects of discovery.

The parties are also continuing to work with one another to ensure completeness of discovery responses and expect to do so without conflict. However, neither party is yet ready to close discovery.

For these reasons, both parties believe that additional time is required to complete the necessary discovery in this action.

As a result of the additional time requested to complete discovery, the parties also seek to extend the deadlines for submission of dispositive motions until May 21, 2007,

the submission of opposition briefs until June 21, 2007, and the submission of any reply briefs until July 13, 2007.

The parties conferred prior to the filing of this motion and both consent to the specific requests for additional time made herein.

Pursuant to this Court's Article III authority and Rule 16, Fed. R. Civ. P., this motion and the record in this action, the parties respectfully request that their motion to alter the schedule be granted.

                      Respectfully submitted,

_____
Gary T. Brown
D.C. Bar No. # 246314
GARY T. BROWN & ASSOCIATES
320 Maryland Avenue, N.E.
Suite 100
Washington, D.C. 20002
(202) 393-4900
*Attorney for Plaintiff*

LINDA SINGER
Acting Attorney General for the
District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division


Kimberly M. Johnson
_____
KIMBERLY M. JOHNSON (#435163)
Section Chief, General Litigation Section I

Melvin W. Bolden, Jr.
_____
MELVIN W. BOLDEN, JR. (# 192179)
Assistant Attorney General
441 Fourth St., N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-5695

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| BILLIE SHEPPERD, | ) | |
| Plaintiff, | ) | |
| v. | ) | C. A. No. 05-2126(TFH) |
| DISTRICT OF COLUMBIA, | ) | |
| Defendant. | ) | |

## ORDER

Upon consideration of the Parties' joint motion to enlarge the time in which to complete discovery and the entire record in this case, it is this _____ day of February, 2007, hereby

ORDERED, that the Consent Motion for Extension of the Discovery Deadline, to April 19, 2007, be hereby GRANTED.

It is FURTHER ORDERED that any dispositive motions shall be filed no later than May 21, 2007.

It is FURTHER ORDERED that any opposition briefs shall be filed no later than June 21, 2007.

It is FURTHER ORDERED that any reply briefs shall be filed no later than July 13, 2007.

_____
**Hon. Thomas F. Hogan**
United States District Judge
Chief Judge for the District of Columbia