UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| BILLIE SHEPPERD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 05-2126(TFH) |
| | ) | |
| DISTRICT OF COLUMBIA, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## JOINT MOTION TO ENLARGE TIME TO COMPLETE DISCOVERY

Plaintiff and Defendant, by and through their counsel, hereby respectfully request this Court to grant the parties' motion to enlarge the time in which to complete discovery. Although the parties have not yet been able to complete discovery, during this past month the parties did meet with a mediator to discuss settlement. The discourse in mediation did allow the parties to understand terms proposed for settlement and to develop a method for each side to assess those terms. Counsel for the parties believe the mediation was fruitful for that reason. In agreement, the parties seek an additional sixty days, until June 18, 2007, in which to complete all aspects of discovery.

The parties are also continuing to work with one another to ensure completeness of discovery responses and expect to do so without conflict. However, neither party is yet ready to close discovery.

For these reasons, both parties believe that additional time is required to complete the necessary discovery in this action.

As a result of the additional time requested to complete discovery, the parties also seek to extend the deadlines for submission of dispositive motions until July 18, 2007, the

submission of opposition briefs until August 17, 2007, and the submission of any reply briefs until September 14, 2007.

The parties conferred prior to the filing of this motion and both consent to the specific requests for additional time made herein.

Pursuant to this Court's Article III authority and Rule 16, Fed. R. Civ. P., this motion and the record in this action, the parties respectfully request that their motion to alter the schedule be granted.

Respectfully submitted,

LINDA SINGER
Acting Attorney General for the
District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

Kimberly M. Johnson
_____
KIMBERLY M. JOHNSON (#435163)
Section Chief, General Litigation Section I

Melvin W. Bolden, Jr.
_____
MELVIN W. BOLDEN, JR. (# 192179)
Assistant Attorney General
441 Fourth St., N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-5695
*Attorney for Defendant*

Gary T. Brown
_____
Gary T. Brown
D.C. Bar No. # 246314
GARY T. BROWN & ASSOCIATES
320 Maryland Avenue, N.E.
Washington, D.C. 20002
(202) 393-4900
*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BILLIE SHEPPERD, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DISTRICT OF COLUMBIA, )<br>)<br>Defendant. )<br>) | C. A. No. 05-2126(TFH) |

## **ORDER**

Upon consideration of the Parties' joint motion to enlarge the time in which to complete discovery and the entire record in this case, it is this _____ day of April, 2007, hereby

ORDERED, that the Joint Motion for Extension of the Discovery Deadline, to June 18, 2007, be hereby GRANTED.

It is FURTHER ORDERED that any dispositive motions shall be filed no later than July 18, 2007.

It is FURTHER ORDERED that any opposition briefs shall be filed no later than August 17, 2007.

It is FURTHER ORDERED that any reply briefs shall be filed no later than September 14, 2007.

_____
**Hon. Thomas F. Hogan**
United States District Judge
Chief Judge for the District of Columbia