UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

BILLIE SHEPPERD,                )
                                )
        Plaintiff,              )
                                )
           v.                   )C. A. No. 05-2126(TFH)
                                )
DISTRICT OF COLUMBIA,           )
                                )
        Defendants.             )
_____ )

JOINT MOTION TO EXTEND DISCOVERY
AND TO RESET MOTIONS DEADLINES

    The parties, by counsel, respectfully request that the court further extend the discovery period in this case until July 27, 2007.  In support of this motion, the parties state as follows:

    1.    The discovery period is currently scheduled to end on June 18, 2007. Written discovery has been underway; however more time is needed to complete all discovery.   No party will be prejudiced by this enlargement.

    2.    Counsel have discussed the scheduling of depositions and completing discovery in this matter.   Counsel anticipate that there will be a minimum of 5 depositions including the plaintiff and defendant to complete discovery in this case. Some of the depositions are noted for July 9,10 and 13, 2007.   Counsel reviewed their respective schedules and trial dates in other cases and agree that the parties will likely need until July 27, 2007 to complete all discovery.

3. The parties also request that the dispositive motion schedule be amended to permit motions to be filed on August 30, 2007, oppositions to be filed on September 28, 2007, and replies, if any, on October 19, 2007.

.       Accordingly, counsel respectfully request that the Court extend discovery, herein, until July 27, 2007, and the dispositive motion deadline be August 30, 2007. The parties also request that the status conference set for June 26, 2007 be rescheduled.

LINDA SINGER
Attorney General for the
District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

Kimberly M. Johnson
_____
KIMBERLY M. JOHNSON (#435163)
Section Chief, General Litigation Section I

Melvin W. Bolden, Jr.
_____
MELVIN W. BOLDEN, JR. (# 192179)
Assistant Attorney General
441 Fourth St., N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-5695
*Attorney for Defendant*

Gary T. Brown
_____
Gary T. Brown
D.C. Bar No. # 246314
GARY T. BROWN & ASSOCIATES
320 Maryland Avenue, N.E.
Washington, D.C. 20002
(202) 393-4900
*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

| | |
|---|---|
| BILLIE SHEPPERD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )C. A. No. 05-2126(TFH) |
| | ) |
| DISTRICT OF COLUMBIA, | ) |
| | ) |
| Defendant. | ) |

_____ )

## **ORDER**

Upon consideration of the Parties' joint Extend Discovery and to Reset Motions Deadlines and the entire record in this case, it is this _____ day of June, 2007, hereby

ORDERED, that the Joint Motion for Extension of the Discovery Deadline, to July 27, 2007, be hereby GRANTED; and it is .

FURTHER ORDERED, that any dispositive motions shall be filed no later than August 30, 2007; and it

FURTHER ORDERED, that any opposition briefs shall be filed no later than September 28, 2007; and it is.

FURTHER ORDERED, that any reply briefs shall be filed no later than October 19, 2007; and it is

FURTHER ORDERED, that the status conference set for June 26, 2007 is rescheduled to_____, 2007.

_____
**Hon. Thomas F. Hogan**
United States District Judge
Chief Judge for the District of Columbia

3