UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **BILLIE SHEPPERD,**  )<br>)<br>Plaintiff  )<br>v.  )<br>)<br>**DISTRICT OF COLUMBIA,**  )<br>)<br>Defendant.  )<br>) | Cv. No. 05-2126 (TFH) |

### ORDER

Having considered the parties' joint motion for an extension of time to complete discovery and modification of the dispositive motion briefing schedule (# 26) and the accompanying memorandum, the Court **GRANTS** the motion and, accordingly, revises the scheduling order as follows:

1. Discovery shall conclude by July 27, 2007;

2. The parties shall file dispositive motions by August 30, 2007, oppositions to dispositive motions by September 28, 2007, and replies to oppositions by October 19, 2007; and

3. The status conference set for June 26, 2007, is rescheduled for August 6, 2007, at 11:00 a.m.

**SO ORDERED**.

June 14, 2007

/s/
Thomas F. Hogan
Chief Judge