UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

| | |
|---|---|
| BILLIE SHEPPERD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )          C. A. No. 05-2126(TFH) |
| | ) |
| DISTRICT OF COLUMBIA, | ) |
| | ) |
| Defendants. | ) |

_____ )

## JOINT MOTION TO ENLARGE TIME TO COMPLETE DISCOVERY

Plaintiff and Defendant, by and through their counsel, hereby respectfully request this Court grant the parties' motion to enlarge the time in which to complete discovery one final time. The parties have attempted to complete discovery during this past month with taking depositions, but summer vacations and other scheduling conflicts have interfered with their plans. In agreement, the parties now seek until September 14, 2007, to allow the time in which to complete all aspects of discovery.

The parties are also continuing to work with one another to ensure completeness of discovery responses and expect to do so without conflict. However, neither party is yet ready to close discovery.

For these reasons, both parties believe that additional time is required to complete the necessary discovery in this action.

As a result of the additional time requested to complete discovery, the parties also seek to extend the deadlines for submission of dispositive motions until October 12, 2007, the submission of opposition briefs until November 12, 2007, and the submission of any reply briefs until November 26, 2007.

The parties conferred prior to the filing of this motion and both consent to the specific requests for additional time made herein.

Pursuant to this Court's Article III authority and Rule 16, Fed. R. Civ. P., this motion and the record in this action, the parties respectfully request that their motion to alter the schedule be granted.

Respectfully submitted,


LINDA SINGER
Acting Attorney General for the
District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

Kimberly M. Johnson
_____
KIMBERLY M. JOHNSON (#435163)
Section Chief, General Litigation Section I

Melvin W. Bolden, Jr.
_____
MELVIN W. BOLDEN, JR. (# 192179)
Assistant Attorney General
441 Fourth St., N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-5695
*Attorney for Defendant*


_____
Gary T. Brown
D.C. Bar No. # 246314
GARY T. BROWN & ASSOCIATES
1111 Fourteenth St., N.W.
Suite 1000
Washington, D.C. 20005
(202) 393-4900
*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
BILLIE SHEPPERD,                    )
                                    )
          Plaintiff,                )
                                    )
          v.                        )          C. A. No. 05-2126(TFH)
                                    )
DISTRICT OF COLUMBIA,               )
                                    )
          Defendant.                )
_____ )

**<u>ORDER</u>**

Upon consideration of the Parties' joint motion to enlarge the time in which to complete discovery and the entire record in this case, it is this _____ day of July, 2007, hereby

ORDERED, that the Consent Motion for Extension of the Discovery Deadline, to September 14, 2007, be hereby GRANTED.

It is FURTHER ORDERED that any dispositive motions shall be filed no later than October 12, 2007.

It is FURTHER ORDERED that any opposition briefs shall be filed no later than November 12, 2007.

It is FURTHER ORDERED that any reply briefs shall be filed no later than November 26, 2007.

_____
**Hon. Thomas F. Hogan**
United States District Judge
Chief Judge for the District of Columbia