UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **BILLIE SHEPPERD,** )<br>)<br>    **Plaintiff** )<br>      v. )<br>)<br>**DISTRICT OF COLUMBIA,** )<br>)<br>    **Defendant.** )<br>) | **Cv. No. 05-2126 (TFH)** |

## ORDER

Having considered the parties' joint motion to enlarge time to complete discovery (# 28), the Court **GRANTS** the motion and, accordingly, revises the scheduling order as follows:

1. Discovery shall conclude by September 14, 2007;

2. The parties shall file dispositive motions by October 12, 2007, oppositions to dispositive motions by November 13, 2007, and replies to oppositions by November 26, 2007; and

3. The status conference set for August 6, 2007, is rescheduled for October 4, 2007, at 2:00 p.m.

**SO ORDERED**.

July 26, 2007

/s/
Thomas F. Hogan
Chief Judge