**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| **BILLIE SHEPPERD** | ) | |
| Plaintiff | ) ) ) | |
| v. | ) ) | Cv. No. 05-2126 (TFH) |
| **DISTRICT OF COLUMBIA,** | ) ) ) | |
| Defendant. | ) ) | |

## ORDER

Pursuant to the parties' joint request during the January 8, 2008, status conference, the Court **ORDERS** this matter referred to Magistrate Judge Alan Kay for mediation. Mediation shall conclude by March 7, 2008.

**SO ORDERED**.

January 8, 2008

/s/
Thomas F. Hogan
Chief Judge