UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **BILLIE SHEPPERD** | ) ) ) | |
| Plaintiff | ) ) | |
| v. | ) ) | Cv. No. 05-2126 (TFH) |
| **DISTRICT OF COLUMBIA,** | ) ) ) | |
| Defendant. | ) ) | |

## <u>ORDER</u>

The final pretrial conference in this matter is scheduled for April 24, 2008. In accordance with LCvR 16.5(d), and in lieu of separate pretrial statements, the Court

**ORDERS** that, by April 18, 2008, the parties shall submit a joint pretrial statement that, in addition to the contents required by LCvR 16.5(b), contains the following:

(1) stipulations of fact agreed upon or proposed by the parties;

(2) a concise statement of law supporting the parties' claims or defenses and addressing any unusual issues of fact or evidence not already submitted to the Court;

(3) proposed voir dire questions, jury instructions, and verdict forms; and

(4) a proposed final pretrial order.

April 9, 2008

/s/
Thomas F. Hogan
Chief Judge