UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| BILLIE SHEPPERD, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | C. A. No. 05-2126(TFH) |
| | * | |
| DISTRICT OF COLUMBIA, | * | |
| | * | |
| Defendant. | * | |
| _____ | * | |

## PLAINTIFF'S PROPOSED SPECIAL VERDICT FORM

1. Did D.C.'s Department of Health discriminate against Ms. Billie Shepperd because of her age when it terminated her from her Public Health Analyst position in 2003?

___ Yes      ___ No

2.  Did D.C.'s Department of Health discriminate against Ms. Billie Shepperd because of her race when it terminated her from her Public Health Analyst position in 2003?

___ Yes      ___ No

3. Did D.C.'s Department of Health discriminate against Ms. Billie Shepperd either because of her race and/or her age when it subjected her to a hostile work environment between 2001 and 2003?

___ Yes    ___ No

4.  Did D.C.'s Department of Health retaliate against Ms. Billie Shepperd because she filed EEO complaints by creating a hostile environment for her in her workplace?

___ Yes    ___ No

5.    Did D.C.'s Department of Health retaliate against Ms. Billie Shepperd because she filed EEO complaints by terminating her from her employment in 2003?

___ Yes    ___ No

6. If the answer to any of the above Questions is Yes, then what amount of compensatory damages is Ms. Billie Shepperd entitled to received.

$_____

_____        _____
DATE                            FOREPERSON