UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BILLIE SHEPPERD, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
|       v. | ) C. A. No. 05-2126(TFH) |
| | ) |
| DISTRICT OF COLUMBIA, | ) |
| | ) |
|    Defendants. | ) |
| _____ | ) |

## MOTION TO AMEND PRETRIAL STATEMENT OF PLAINTIFF BILLIE SHEPPERD FILED ON SUNDAY APRIL 20, 2008

     Defendant, District of Columbia, by and through counsel, respectfully moves the Court to amend the pre-trial statement filed by plaintiff on Sunday, April 20, 2008. By Order dated April 9, 2008, the Court directed the parties to file a joint pretrial statement by April 18, 2008. Defendant submitted to plaintiff several drafts of the joint pretrial statement prior to the filing deadline.  Plaintiff did not incorporate defendant's comments into the filing of April 20, 2008, and did not permit defendant an opportunity to review the submission prior to filing.

     Wherefore based on the foregoing, defendant respectfully requests that it be permitted to amend the pretrial statement filed herein on April 20, 2008.

                            Respectfully Submitted,

                            PETER J. NICKES
                            Interim Attorney General for the
                            District of Columbia

        GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

Kimberly M. Johnson
_____
KIMBERLY M. JOHNSON (# 435163)
Chief, General Litigation Section I

 Melvin W. Bolden, Jr.
_____
MELVIN W. BOLDEN, JR.  (# 192179)
Assistant Attorney General
441 Fourth St., N.W.
Sixth Floor South
Washington, D.C.  20001
(202) 724-5695
(202) 727-3625

## Certificate of Service

     I hereby certify that a copy of the foregoing Motion to Amend Pretrial Statement of Plaintiff Billie Shepperd Filed on Sunday April 20, 2008 was served electronically on this 23rd day of April, 2008.

        Melvin W. Bolden, Jr.
        _____
        Melvin W. Bolden, Jr.
        Assistant Attorney General