STANDARD JURY INSTRUCTIONS

1-1   FUNCTION OF THE COURT

1-2   FUNCTION OF THE JURY

1-3   SIGNIFICANCE OF PARTY DESIGNATIONS

1-4   JUROR'S DUTY TO DELIBERATE

1-5   ATTITUDE AND CONDUCT OF JURORS

1-6   INSTRUCTIONS TO BE CONSIDERED AS A WHOLE

1-7   COURT'S COMMENTING ON THE EVIDENCE

1-8   COURT'S QUESTIONS TO WITNESSES

1-9   JURY NOT TO TAKE CUE FROM JUDGE

1-10  RULINGS ON OBJECTIONS

1-11 EQUALITY OF LITIGANTS -- CORPORATIONS

2-1   EVIDENCE IN THE CASE

2-3   INFERENCES

2-4   INADMISSIBLE AND STRICKEN EVIDENCE

2-5   STATEMENTS OF COUNSEL

2-6   JURY'S RECOLLECTION CONTROLS

2-7   EVIDENCE ADMITTED AGAINST ONE PARTY ONLY

2-8   BURDEN OF PROOF

2-9   EVIDENCE PRODUCED BY ADVERSARY

2-10  DIRECT AND CIRCUMSTANTIAL EVIDENCE

3-1  JURY TO DETERMINE CREDIBILITY OF WITNESSES

3-2  NUMBER OF WITNESSES

3-3  EXPERT OPINION

3-8  IMPEACHMENT BY PRIOR INCONSISTENT STATEMENTS

3-9  ADOPTING PRIOR INCONSISTENT STATEMENTS

6-3  AGENCY OR SCOPE OF EMPLOYMENT CONCEDED

9-2  GENERAL STANDARD OF CARE OF PROFESSIONALS

9-3  PROFESSIONAL LIABILITY -- ELEMENTS OF CLAIM

9-8  STANDARD OF CARE DETERMINED BY EXPERT TESTIMONY

12-1  DAMAGES -- JURY TO AWARD

12-2  EXTENT OF DAMAGES -- PROXIMATE CAUSE

12-3  BURDEN OF PROOF -- SPECULATIVE DAMAGES

13-1  DAMAGES -- ELEMENTS

13-4  LOST EARNINGS -- PAST AND PRESENT