# GARY T. BROWN & ASSOCIATES

*Attorneys at Law*

1111 Fourteenth Street, N.W.
Suite 1000
Washington, D.C. 20005

Gary T. Brown

Admitted in: District of Columbia
Maryland Federal Courts

April 16, 2008

Melvin W. Bolden, Jr.
Assistant Attorney General
441 Fourth St., N.W.
Sixth Floor South
Washington, DC 20001

Sent via email and fax
(202) 727-3625

Re: Billie Shepperd v. District of Columbia
C.A. No. 05-02126 (TFH)

Dear Mr. Bolden,

After leaving several messages on your telephone, without receiving a response from you, I write to you about the above-referenced case. There are two separate matters I have been trying to discuss with you.

You had made a commitment to Magistrate Judge Kay during our last mediation session, that you would confer with your client and transmit a counter-offer to me for Ms. Shepperd's consideration. When the deadline passed and I had not received a call from you, I called on the telephone last Tuesday, April 8, 2008. At that time, you told me that you would email the offer from the District of Columbia by close of business that day. When I still had not received the offer on Thursday, I called and informed you that perhaps my email was at fault and provided in my message an alternative email address: Garysathome@hotmail.com. None of my other calls have been returned and I still have not received the offer you told me that you would be sending.

The second matter, which is more important, is the obligation which we both share to file a timely joint pre-trial statement with the Court. The Court has specifically ordered that the parties file a joint pre-trial statement, yet I have been unable to reach you. Since the deadline for filing is this Friday, two days from now, I am concerned about being able to obtain D.C.'s input into the document that I have an obligation to file. It is my plan to file on time and I most fervently hope that the document I file reflects the joint effort of both parties.

Please call or email me so that we can both carry forth our professional obligations.

Sincerely,

Gary Brown

Cc: Kimberly Johnson, Esq.

Phone: (202) 393-4900 * Facsimile: (202) 393-4903
Email: gtbfirm@garytbrown.com * Website: www.GaryTBrown.com