UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BILLIE SHEPPERD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C. A. No. 05-2126(TFH) |
| | ) |
| DISTRICT OF COLUMBIA, | ) |
| | ) |
| Defendant. | ) |
| | ) |

MOTION IN LIMINE TO PRECLUDE PLAINTIFF
FROM INTRODUCING INTO EVIDENCE A
DETERMINATON OF THE EEOC

Defendant, by and through counsel, respectfully move to preclude entry into evidence of a Determination of the U.S. Equal Employment Opportunity Commission (hereinafter "EEOC") dated July 12, 2004 See, Attachment A, Determination. The grounds for the motion are that the Determination does not provide the basis for its conclusions; does not identify the testimony or documentary evidence relied on and concludes that the investigation establishes violations of the American with Disabilities Act (hereinafter "ADA"). Plaintiff has made no allegations of discrimination under the ADA in this case. The EEOC Determination is unreliable on its face and should not be introduced at trial because its prejudicial effect outweighs its probative value. See, Federal Rules of Evidence, Rule 403.

Wherefore based on the foregoing, defendant respectfully requests that Determination of the EEOC dated July 12, 2008 or any reference to the proceedings of the EEOC be barred from the trial of this matter.

PETER J. NICKLES
Interim Attorney General
for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

KIMBERLY MATTHEWS JOHNSON
Chief, General Litigation Section I

_____/s/_____
MELVIN W. BOLDEN, JR #192179.
Assistant Attorney General
441 4th Street, N.W., Sixth Floor South
Washington, DC 20001
(202) 724-5695

Certificate of Service

I hereby certify that a copy of the foregoing was served electronically on Gary Brown this 5th day of May, 2008.

MELVIN W. BOLDEN, JR.
Assistant Attorney General

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BILLIE SHEPPERD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C. A. No. 05-2126(TFH) |
| | ) |
| DISTRICT OF COLUMBIA, | ) |
| | ) |
| Defendants. | ) |
| | ) |

### MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION IN LIMINE TO PRECLUDE PLAINTIFF FROM INTRODUCING INTO EVIDENCE A DETERMINATON OF THE EEOC

Defendant, by and through counsel, respectfully move to preclude evidence of a Determination of the EEOC dated July 12, 2004. See, Attachment A, Determination. Pursuant to Rule 403 of the Federal Rules of Evidence, "evidence may be excluded if its probative value is substantially outweighed by the danger of unfair prejudice, confusion of the issues, or misleading the jury…."

The EEOC Determination is prejudicial on its face and will confuse or mislead the jury in this case. First, the Determination does not provide the basis for its conclusions. The report does not identify the testimony or documentary evidence relied on. *See Lathem v. Department of Children and Youth Services*, 172 F3rd. 786, 791 (11th Cir. 1999). (District Court did not abuse its discretion when it excluded reports of EEOC for failure to interview certain witnesses and review certain documents during its investigation ).

Second**,** the Determination concludes that the investigation establishes violations of the Americans with Disabilities Act.. Plaintiff, however, has alleged discrimination because of her age and race. the ADA in this case. Thus, introduction of the EEOC

Determination will only confuse or mislead the jury. *See, Hamling v. United States* 418 U. S. 87 (1974).

Consequently, defendant respectfully requests that Determination of the EEOC dated July 12, 2004 or any reference to the proceedings of the EEOC be barred from the trial of this matter.

        PETER J. NICKLES
        Interim Attorney General
        for the District of Columbia

        GEORGE C. VALENTINE
        Deputy Attorney General
        Civil Litigation Division

        KIMBERLY MATTHEWS JOHNSON
        Chief, General Litigation Section I

        _____/s/_____
        MELVIN W. BOLDEN, JR.
        Assistant Attorney General
        441 4th Street, N.W., Sixth Floor South
        Washington, DC 20001
        (202) 724-5695

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
BILLIE SHEPPERD,              )
                              )
     Plaintiff,               )
                              )
          v.                  ) C. A. No. 05-2126(TFH)
                              )
DISTRICT OF COLUMBIA,         )
                              )
     Defendants.              )
_____   )
```

### ORDER

Upon consideration of the Motion in Limine to Preclude Introduction Into Evidence of a EEOC Determination, plaintiff's opposition thereto and the record herein, it is by this _____ day of May, 2008,

ORDERED: that the Motion in Limine to Preclude Introduction Into Evidence of an EEOC Determination is GRANTED; and it is

FURTHER ORDERED: that the Determination of the EEOC dated July 12, 2004 or any reference thereto is hereby barred from the trial of this matter.

                                                                                                                 _____
                                                                                                                               JUDGE