# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BILLIE SHEPPERD** ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Cv. No. 05-2126 (TFH) |
| ) | |
| **DISTRICT OF COLUMBIA,** ) | |
| ) | |
| Defendant. ) | |

## ORDER

Trial in this matter is currently set to begin on Tuesday, May 13, 2008. The Court has been informed, however, that the parties settled. Therefore, the trial is continued pending filing of a stipulation of dismissal.

**SO ORDERED**.

May 12, 2008                                             /s/
                                                  Thomas F. Hogan
                                                   District Judge