UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| BILLIE SHEPPERD, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | C. A. No. 05-2126(TFH) |
| | * | |
| DISTRICT OF COLUMBIA, | * | |
| | * | |
| Defendant. | * | |
| _____ | * | |

## STIPULATION OF DISMISSAL

Plaintiff Billie Shepperd, by and through her counsel, hereby provides notice to this Court that the parties have orally agreed to settle this matter. Therefore, the parties request that this case be dismissed, without prejudice, for a period of ninety (90) days from the date of the signing of the attached Order. If the case is not settled within this ninety (90) day period, the parties will either move for an extension of time to finalize the settlement for dismissal with prejudice or move to reopen this action.

Respectfully submitted,

_____
Gary T. Brown,
D.C. Bar # 246314
GARY T. BROWN & ASSOCIATES
1111 Fourteenth St., N.W.
Suite 1000
Washington, D.C. 20005
(202) 393-4900
Attorney for Plaintiff Shepperd

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| BILLIE SHEPPERD, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | C. A. No. 05-2126(TFH) |
| | * | |
| DISTRICT OF COLUMBIA, | * | |
| | * | |
| Defendant. | * | |
| | * | |

ORDER

Based upon the representations of Plaintiff's counsel, this matter is dismissed, without prejudice, for a period of up to ninety (90) days, during which the parties will work to settle the outstanding issues between them.

_____
The Honorable Thomas Hogan