UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| BILLIE SHEPPERD, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | C. A. No. 05-2126(TFH) |
| | * | |
| DISTRICT OF COLUMBIA, | * | |
| | * | |
| Defendant. | * | |
| | * | |

ORDER

Based upon the representations of Plaintiff's counsel, this matter is dismissed, without prejudice, for a period of up to ninety (90) days, during which the parties will work to settle the outstanding issues between them.

June 27, 2008

_____/s/_____
The Honorable Thomas Hogan